SEYFARTH SHAW LLP
Kristina M. Launey (SBN 221335)
klauney@seyfarth.com
400 Capitol Mall, Suite 2350
Sacramento, California 95814
Telephone:     (916) 448-0159
Facsimile:     (916) 558-4839

SEYFARTH SHAW LLP
Myra B. Villamor (SBN 232912)
mvillamor@seyfarth.com
2029 Century Park East, Suite 3500
Los Angeles, California 90071
Telephone:     (310) 277-7200
Facsimile:     (310) 201-521

Attorneys for Defendant
WINCO FOODS, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT KALANI, | Case No. 2:16-CV-01931 WBS (ACx) |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER EXTENDING DEFENDANT'S DEADLINE TO RESPOND TO PLAINTIFF'S COMPLAINT** |
| v. | |
| WINCO FOODS, LLC, a Delaware limited liability company, dba WINCO FOODS #103, | **[L.R. 144(A)]** |
| Defendant. | |

Pursuant to the provisions of Local Rule 144(a), Plaintiff Robert Kalani ("Plaintiff") and Defendant WinCo Foods, LLC ("Defendant"), by and through their respective counsel, hereby stipulate that WinCo may have a 14-day extension of time in which to respond to Plaintiff's Complaint. Pursuant to this extension, a response by Defendant shall be due on or before October 12, 2016.

This stipulation will not affect or alter any deadline previously set by Court order.

///

///

///

The reason for the present extension is that WinCo is investigating the allegations to explore whether further litigation can be avoided.

Pursuant to Local Rule 131(e), counsel for Plaintiff has authorized submission of this document on her behalf.

DATED: September 28, 2016         SEYFARTH SHAW LLP


By  /s/ *Myra B. Villamor*
     Myra B. Villamor
     Attorneys for Defendant
     WinCo Foods, LLC

DATED: September 28, 2016         MOORE LAW FIRM, P.C.


By  /s/ *Tanya Moore*
     Tanya E. Moore
     Attorneys for Plaintiff
     Robert Kalani

**ORDER**

Based on the foregoing stipulation, IT IS SO ORDERED that the following deadline applies:

| | |
|---|---|
| October 13, 2016 | Deadline for Defendant to Respond to Complaint |

Dated:  September 29, 2016

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE