SEYFARTH SHAW LLP
Kristina M. Launey (SBN 221335)
klauney@seyfarth.com
400 Capitol Mall, Suite 2350
Sacramento, California 95814
Telephone:    (916) 448-0159
Facsimile:    (916) 558-4839

SEYFARTH SHAW LLP
Myra B. Villamor (SBN 232912)
mvillamor@seyfarth.com
2029 Century Park East, Suite 3500
Los Angeles, California 90071
Telephone:    (310) 277-7200
Facsimile:    (310) 201-521

Attorneys for Defendant
WINCO FOODS, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT KALANI, | Case No. 2:16-CV-01931 WBS (ACx) |
| Plaintiff, | **STIPULATION AND [~~PROPOSED~~] ORDER EXTENDING DEFENDANT'S DEADLINE TO RESPOND TO PLAINTIFF'S COMPLAINT,** |
| v. | |
| WINCO FOODS, LLC, a Delaware limited liability company, dba WINCO FOODS #103, | **[L.R. 144(A)]** |
| Defendant. | |

Pursuant to the provisions of Local Rule 144(a), Plaintiff Robert Kalani ("Plaintiff") and Defendant WinCo Foods, LLC ("Defendant"), by and through their respective counsel, hereby stipulate that WinCo may have a 14-day extension of time in which to respond to Plaintiff's Complaint.  Pursuant to this extension, a response by Defendant shall be due on or before November 9, 2016.

This stipulation will not affect or alter any deadline previously set by Court order.

///

///

///

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO COMPLAINT
35583524v.1

The reason for the present extension is that the parties are in the midst of finalizing the resolution of this matter.

Pursuant to Local Rule 131(e), counsel for Plaintiff has authorized submission of this document on her behalf.

DATED:  October 26, 2016                    SEYFARTH SHAW LLP


                                            By___/s/  Myra B. Villamor_____
                                                 Myra B. Villamor
                                            Attorneys for Defendant
                                            WinCo Foods, LLC

DATED:  October 26, 2016                    MOORE LAW FIRM, P.C.


                                            By___/s/ Tanya E. Moore_____
                                                 Tanya E. Moore
                                            Attorneys for Plaintiff
                                            Robert Kalani

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO COMPLAINT
35583524v.1

1

**ORDER**

2

Based on the foregoing stipulation, IT IS SO ORDERED that the following deadline applies:

3

4

        November 9, 2016           Deadline for Defendant to Respond to Complaint

5

6

7

Dated:  November 3, 2016

8

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO COMPLAINT
35583524v.1